UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE KAREN M. WILLIAMS

UNITED STATES OF AMERICA :

   v. :

                                        Criminal No. 24-267(KMW)

JAMES WESSELS, :

   Defendant. :

TO: Daniel A. Friedman,
    Assistant United State's Attorney
    United States Attorney's Office
    410 Market Street, Fourth Floor
    Camden, New Jersey 08101

**OMNIBUS NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, March 12, 2025 at 2:00 p.m., or as soon thereafter as counsel may be heard, James Wessel, through his attorney, Mark W. Catanzaro, Esquire, shall move before the Honorable Karen M. Williams, United States District Court Judge, United States District Court for the District of New Jersey, Mitchell H. Cohen Building and U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, for an Order:

   1. Permitting defendant to Join in the arguments of Ponzo and Compelling Production of Brady Material;

   2. Severing Wessels trial from the trial of Adrienne Ponzo;

   3. Compelling the Government to Provide a Bill of

Particulars;

4. Permit Wessels to submit additional motions as the review of discovery and production of material warrant; and

5. Join in any motions filed by Ponzo or Rivera that have application to Wessels.

Defendant shall rely upon the Memorandum of Troy Archie, Esquire and the Declaration of Mark W. Catanzaro with regard to these motions as supplemented by a Memorandum being submitted with this Notice of Motion.

Dated: December 4, 2024         /s/Mark W. Catanzaro
                                Mark W. Catanzaro, Esquire
                                21 Grant Street
                                Mount Holly, New Jersey 08060
                                Telephone: (609) 261-3400
                                Facsimile: (856) 235-4332
                                Mark@catanzarolaw.com
                                Attorney for Defendant,
                                James Wessels