# Exhibit A

---



**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

PHILIP R. SELLINGER
United States Attorney

DANIEL A. FRIEDMAN
Assistant United States Attorney

401 Market Street, Fourth Floor
Camden, New Jersey 08101-2098

Direct Dial: 856.968.4867
Email: Daniel.friedman2@usdoj.gov

September 6, 2023

**Via Email Attachment**

TROY A. ARCHIE, ESQ.
AFONSO ARCHIE LAW P.C.
21 Route 130 South
Cinnaminson, N.J. 08077

      Re:   <u>U.S. v. Adrienne Ponzo</u>

Dear Mr. Archie:

      The Government is providing certain discovery relating to the Government's case against your client, Adrienne Ponzo, in the above-referenced matter. The Government is making the discovery available via the USAfx portal. A link will be provided under separate cover. Please be advised that these materials are being provided pursuant to a Protective Order that has been entered in this case.

<u>Disclosure by the Government</u>

      The discovery materials include the following:

1. Economic Injury Disaster Loan ("EIDL") application and loan documents for King of Aces Barbershop LLC; Visionworks Group of America LLC; and KMGB Holdings LLC.
2. Communications regarding the conspiracy to submit fraudulent PPP and EIDL loan applications, including:
   a. Messages between Eric Rivera and Adrienne Ponzo;
   b. Messages between Yasha Barjona and Adrienne Ponzo;
   c. Messages between Eric Rivera, Adrienne Ponzo, and Lisa Smith;
   d. Messages between Eric Rivera, Adrienne Ponzo, and ▮▮▮▮▮▮;
   e. An email between Lisa Smith, Eric Rivera, and Adrienne Ponzo.

<u>This Disclosure Is Voluntary and Not Complete</u>

      Please note that our Office is providing this pre-indictment discovery to you voluntarily. Neither Federal Rule of Criminal Procedure 16 nor any statute or rule requires that our Office make discovery to a person unless and until that person has been indicted. Although the Government is under no legal obligation to provide the enclosed material before the filing of an indictment, *see United States v. Sgarlat*, 705 F. Supp. 2d 347, 355 (D.N.J. 2010), we are willing to do so here to facilitate plea

negotiations.  Also, please be advised that the disclosure of this evidence does not imply that our Office has made, or will make, complete pre-indictment discovery to you.  Should your client ultimately be indicted, you will receive all of the discovery to which your client is entitled.  However, should you desire to receive and/or review any other evidence or materials relevant to the investigation and/or prosecution of your client, please feel free to make a request, and we will consider each such request as it is made.

* * *

If you have any questions about the enclosed materials, please do not hesitate to contact me.  Once you have had an opportunity to review the enclosed information with your client, please contact me regarding disposition of this matter.

Very truly yours,

PHILIP R. SELLINGER
United States Attorney

By: */s/ Daniel A. Friedman*
DANIEL A. FRIEDMAN
JASON M. RICHARDSON
Assistant U.S. Attorneys